BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. Cr 1:12-cr-00038 AWI-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION REGARDING CONTINUANCE FOR SENTENCING; ORDER |
| HERMAN GRAVES, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was moved from October 7 to October 8 for sentencing.

2. By this stipulation, the parties now move to continue the matter to October 15, 2013, at 10 a.m., because counsel for Defendant Herman Graves has a pre-scheduled deposition set for October 8.

IT IS SO STIPULATED.

DATED: October 4, 2013.   Respectfully submitted,

1

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED:     October 4, 2013.

/s/ Daniel Harralson
DANIEL HARRALSON
Counsel for Defendant Herman Graves

**O R D E R**

IT IS SO ORDERED.

Dated:   October 8, 2013

_____
SENIOR DISTRICT JUDGE

2