BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>HERMAN GRAVES,<br><br>　　　　　　　Defendant. | CASE NO.  Cr. 1:12-cr-0038 AWI<br><br>STIPULATION REGARDING CONTINUANCE;  FINDINGS AND ORDER |
|---|---|

**STIPULATION**

　　　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

　　　　1.　　By previous order, this matter was set for sentencing on Monday, March 17, 2014, at 10:00 a.m.

　　　　2.　　By this stipulation, the parties now move to continue the sentencing to Monday, March 24, 2014, at 10:00 a.m.

　　　　3.　　The continuance is necessitated by the unavailability of counsel for the government, who will be out of state on March 17 on a case-related matter that requires national coordination by Main Justice.

////

1

IT IS SO STIPULATED.

DATED:  March 11, 2014.    Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED:  March 11, 2014.

/s/ Daniel Harralson
DANIEL HARRALSON
Counsel for Defendant Herman Graves

**O R D E R**

IT IS SO ORDERED.

Dated:  March 11, 2014

SENIOR DISTRICT JUDGE

2